9/12/2013

2013 SEP 18 P 3: 32

ABIOMED®

Recovering hearts. Saving lives.®

# *Concur Travel & Expense Reimbursement User Training*

ABIOMED



## *Agenda*

- Easy Expense Reporting
- Demo
- Key Policy Rules
- Expense Types & How to Use Them
- Health Care Providers (HCP) Expenses
- Ways to Simplify Creation of Expense Reports
- Next Steps
- Reviewing & Approving Expense Reports
- Questions

ABIOMED


3
Logging In
Website: https://www.concursolutions.com/portal.asp
User Name: email address without the .com example: kwallace@abiomed
Initial Password: welcome
Welcome
Concur
Login
Tripit
Concur now integrates with TripIt.
ABIOMED


4
Change Password
You will be prompted to change your password the first time you log onto Concur, the password for your first log on is "welcome"
My Concur
Travel
Expense
Invoice
Reporting
Administration
Profile
Change Password
My Profile
Change Password
Note: Passwords are case sensitive.
Old Password
New Password
Re-enter New Password
Submit
Cancel
ABIOMED

9/12/2013


5
Update Profile
• Before you use Travel for the first time, you need to update your profile.
• Travel profiles were imported over from Colpitts. These need to be verified and/or updated prior to booking any travel through the Concur site. The personal information on your profile must match your passport.
ABIOMED


6
Enabling E-Receipts
• E-receipts are an electronic version of receipt data that can be sent directly to Concur to replace imaged paper receipts. You must opt in from your Profile before e-receipts will show in Expense.
My Concur Travel Expense Invoice Reporting Profile
Your Information
Personal Information
Company Information
Contact Information
Emergency Contact
Credit Cards
Travel Settings
Travel Preferences
International Travel
Frequent-Traveler Programs
ABIOMED

9/12/2013




8

## *Status Updates & Approval Notifications*

- Status Updates are sent via email every time you make a travel reservation or your expense report status changes
  - Travel: Travel Itinerary, Ticketed, Upcoming Travel
  - Expense: Approved, Rejected, Resubmitted, and Authorized for Payment

    ***Note:*** *Approved and Authorized for Payment emails are only sent if the traveler has selected this feature*
- Email messages contain the URL to Concur Travel & Expense
- Approval Notifications are sent to your manager when your report is ready for approval



ABIOMED

# *Key Policy Rules*

- Reports cannot be submitted without receipts attached except for tips, tolls and mileage
- Charges imported from AMEX with the exception of hotels don't require additional receipts
- Sales employees on Runzheimer ineligible for mileage reimbursement
- Sales employees ineligible for home office expense reimbursement (should be using our commercial accounts at FedEx/Kinko's & Staples)
- T&E older than 60 days will be flagged and require justification
- Meals exceeding policy limits will be flagged and require justification
- Business meals require attendee information
- Health Care Provider (HCP) expenses require additional attendee information



ABIOMED



# *Expense Types & How to Use Them*

- Business Meals
  - Meals with more than just you in attendance
  - Attendees must be listed out
  - No Doctors or Health Care Providers (HCP)
- Entertainment
  - Not meals
  - Gift baskets
- Meetings
  - Don't require attendees
  - No itemization required



ABIOMED

## *Health Care Provider Expenses (HCP)*

- Sunshine Act – Federal Law
- Expense Types are Similar
  - HCP Meals
  - HCP Lodging
  - Attendees are Required for all HCP Expenses
  - List Doctor & Hospital
- Phase 1
- Phase 2



ABIOMED



## *Ways to Simplify Creation of Expense Claims*

- Use company provided AMEX Cards automatically linked to Concur
- Book all travel with Colpitts – automatically links expenses to Concur
- Utilize Corporate/Company Paid Arrangements whenever possible:
  - Use company cell phones & wireless cards provided through Wireless Analytics
  - Use commercial accounts with Staples (1008872), FedEX & Kinko's for office supplies (0301040296) and shipping (300447414)
  - Use direct bill arrangements set up by corporate finance for meetings & business functions at hotels



ABIOMED

## *Next Steps*

- Finalize any current expense reports in SAP
- Notify Kristen Wallace when your last SAP claim is finalized
- Kristen will activate your Concur account & send Concur User Guide
- Cut over to SAP can be done as soon training is attended
- All employees to be off SAP by end of November



ABIOMED



## *Reviewing & Approving Expense Reports*

- Look for Audit Flags
- Look for Receipts
- Look for Completeness
  - Vendor Names
  - Correct Expense Types
  - Attendees Listed When Required
- Is Expense in Accordance with Company Policy
- Unusual Items



ABIOMED

9/12/2013

