Welcome, **Max Bennett**



My Concur    Travel    Expense    Profile

View Charges    View Reports    New Expense Report    View Receipt Store    **Approve Reports**

## Davidson.11/7/2012 [Davidson, Elizabeth]

Summary    Details    Receipts    Print / Email

### Exceptions

| Expense | Date | Amount | Exception |
|---|---|---|---|
| Office Supplies | 10/12/2012 | $31.99 | Commercial Team should be using corporate accounts whenever possible. |

### Expenses

View    Summary

| | Transaction Da... | Expense Type | Vendor Name | Business Purpose | City |
|---|---|---|---|---|---|
| ⊖⊘☻ | 11/01/2012 | HCP-Business ... | Park Cafe | dinner presentat... | Nashvill |
| ⊘ | 10/30/2012 | Parking | Central Parking | case support | Knoxvill |
| ⊖☻ | 10/25/2012 | HCP-Business ... | WATERMARK RE... | dinner presentat... | Nashvill |
| ⊖ | 10/20/2012 | Hotel | FOUR POINTS S... | | Knoxvill |
| ⊘☻ | 10/18/2012 | Parking | Central Parking | | Nashvill |
| ⊖⊘☻ | 10/18/2012 | HCP-Business ... | WATERMARK RE... | dinner presentat... | Nashvill |

**Report Summa**

Report Totals

TOTAL AMOUNT      TOTAL REQUESTED
**$4,069.95**           **$4,069.95**

# Expense Report

**Report Name:** Davidson.11/7/2012

**Employee Name:** Davidson, Elizabeth T.

**Employee ID:** 003171

## Report Header

**Policy:** Expense Policy

**Business Purpose:** miscellaneous expenses

**Report Key:** 298

**Report Id:** 6F8D5C1F74784238AFD4

**Report Date:** 10/23/2012

**Approval Status:** Submitted & Pending Approval

**Payment Status:** Not Paid

**Currency:** US, Dollar

| Transaction Date | Expense Type | Vendor | Vendor Name | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| 11/01/2012 | HCP-Business Meals | Park Cafe | Park Cafe | Nashville | Cash - Out of Pocket | $1,094.93 |

| Date | Type | | | Location | Payment | Amount |
|---|---|---|---|---|---|---|
| | **Allocations:** | 100.00% ($1,094.93) 1001-20110-1001 | | | | |
| | **Attendees:** | Davidson, Elizabeth, This Employee<br>Stribling, Kyle, St Thomas, Business Guest<br>Burris, Linda, St Thomas, Business Guest<br>Mosley, Lena, St Thomas, Business Guest<br>Marshall, Heather, St Thomas, Business Guest<br>Westfield, Betsy, St Thomas, Business Guest<br>Pogue, Jodi, St Thomas, Business Guest<br>Donovan, Shannon, St Thomas, Business Guest<br>Barr, Mary, St Thomas, Business Guest<br>Fujimura, Yuki, St Thomas, Business Guest<br>Wade, Bradie, St Thomas, Business Guest<br>Chomsky, Don, St Thomas, Business Guest<br>Pearce, Doug, St Thomas, Business Guest<br>Greer, Elaine, St Thomas, Business Guest | | | | |
| | **Business Purpose:** | dinner presentation | | | | |
| 10/30/2012 | Parking | | Central Parking | Knoxville | Cash - Out of Pocket | $2.00 |
| | **Allocations:** | 100.00% ($2.00) 1001-20110-1001 | | | | |
| | **Business Purpose:** | case support | | | | |
| 10/25/2012 | HCP-Business Meals | | WATERMARK RESTAURANT | Nashville | Corporate Card - American Express | $1,623.31 |
| | **Attendees:** | Davidson, Elizabeth, This Employee | | | | |
| | **Business Purpose:** | dinner presentation | | | | |
| 10/20/2012 | Hotel | | FOUR POINTS SHERATON | Knoxville | Corporate Card - American Express | $186.87 |
| 10/18/2012 | HCP-Business Meals | | WATERMARK RESTAURANT | Nashville | Corporate Card - American Express | $250.00 |
| | **Allocations:** | 100.00% ($250.00) 1001-20110-1001 | | | | |
| | **Attendees:** | Davidson, Elizabeth, This Employee | | | | |
| | **Business Purpose:** | dinner presentation | | | | |
| 10/18/2012 | Parking | | Central Parking | Nashville | Cash - Out of Pocket | $4.00 |

| Allocations: | 100.00% (\$400) 1001-20110-1001 | | | | |
|---|---|---|---|---|---|
| 10/17/2012 | HCP-Business Meals | JASON'S DELI | Jackson | Corporate Card - American Express | $147.98 |

**Attendees :** Davidson, Elizabeth, This Employee

**Business Purpose :** staff training

| 10/16/2012 | HCP-Business Meals | OUT 2 LUNCH | Chattanooga | Corporate Card - American Express | $383.76 |
|---|---|---|---|---|---|

**Attendees :**
Davidson, Elizabeth, This Employee
Beasley, Karen, Chatt Memorial, Business Guest
Brown, Jill, Chatt Memorial, Business Guest
Burgess, Sallie, Chatt Memorial, Business Guest
Crawford, Jason, Chatt Memorial, Business Guest
Edgemon, Dorothy, Chatt Memorial, Business Guest
Erwin, Tresa, Chatt Memorial, Business Guest
Foreman, John, Chatt Memorial, Business Guest
Gilchrist, Heather, Chatt Memorial, Business Guest
Hartman, Laura, Chatt Memorial, Business Guest
Henry, Donna, Chatt Memorial, Business Guest
Hood, Lindsay, Chatt Memorial, Business Guest
Hood, Lindsay, Chatt Memorial, Business Guest
Humble, Carol, Chatt Memorial, Business Guest
Jackson, Patricia, Chatt Memorial, Business Guest
Kosky, Lisa, Chatt Memorial, Business Guest
Mavity, John, Chatt Memorial, Business Guest
Perkins, Rebecca, Chatt Memorial, Business Guest
Rash, Candee, Chatt Memorial, Business Guest
Raven, Lisa, Chatt Memorial, Business Guest
Reynolds, Marjorie, Chatt Memorial, Business Guest
Rhodes, Randall, Chatt Memorial, Business Guest
Rich, Lisa, Chatt Memorial, Business Guest
Richardson, Marsh, Chatt Memorial, Business Guest
Smith, Mary, Chatt Memorial, Business Guest
Tolbert, Karen, Chatt Memorial, Business Guest
Wilkey, Patti, Chatt Memorial, Business Guest

**Business Purpose :** case support/staff training

https://www.concursolutions.com/Expense/Client/print_cpr.asp?type

| Date | Type | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|
| 10/16/2012 | Hotel | COURTYARD DOWNTOWN | Chattanooga | Corporate Card - American Express | $217.88 |

**Business Purpose :** case support

| 10/12/2012 | Office Supplies | Take Care Clinic | Nashville | Cash - Out of Pocket | $31.99 |

**Allocations :** 100.00% ($31.99) 1001-20110-1001
**Business Purpose :** Flu vaccine

| 10/10/2012 | HCP-Business Meals | PANERA BREAD 601260 | Nashville | Corporate Card - American Express | $127.23 |

**Attendees :** Davidson, Elizabeth, This Employee
**Business Purpose :** training/HCA-Abiomed Collaborative

Note: The sum of allocation amounts may not exactly match the expense amount due to rounding.

| | |
|---|---|
| **Report Total :** | $4,069.95 |
| **Personal Expenses :** | $0.00 |
| **Total Amount Claimed :** | $4,069.95 |
| **Amount Approved :** | $4,069.95 |

**Company Disbursements**

| | |
|---|---|
| **Amount Due Employee :** | $4,069.95 |
| **Amount Due Company Card :** | $0.00 |
| **Total Paid By Company :** | $4,069.95 |

**Employee Disbursements**

| | |
|---|---|
| **Amount Due Company :** | $0.00 |
| **Amount Due Company Card From Employee :** | $0.00 |
| **Total Paid By Employee :** | $0.00 |

1 of 1



(PNG Image, 644 × 459 pixels)

data:image/png;base64,iVBORw0KGgoAAA

