## Bennett, Max

| | |
|---|---|
| From: | Stevens, David |
| Sent: | Monday, November 05, 2012 11:17 AM |
| To: | Wallace, Kristen; Wedge, Lori |
| Cc: | Bennett, Max |
| Subject: | FW: about expense reports/concur |

Team:

Could you provide Max with the information requested below?

Thank you!

---

**David Stevens**
Director of Sales Southeast

ABIOMED, Inc
22 Cherry Hill Drive | Danvers, MA 01923
Cell: 803.465.3443 | Office 978.646.1655
dstevens@abiomed.com
www.abiomed.com

**Recovering hearts. Saving Lives.**™

---

*"Above all else, keep watch over your heart, for herein lie the wellsprings of life." -Proverbs*

This email and any files transmitted with it may contain privileged or confidential information and may be read or used only by the intended recipient. If you are not the intended recipient of the email of any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email.

---

**From:** Bennett, Max
**Sent:** Monday, November 05, 2012 11:02 AM
**To:** Stevens, David
**Subject:** about expense reports/concur

David,

I am starting to approve the reports. One thing I do is ask for a specific business purpose for dinners etc.. Do we have limits on certain things – for instance per dinner $ per HCP, total number of people at an event, or just a grand total per week per clinical etc.. Just don't want to make any mistakes. Thanks.

Max Bennett RN, BSN, CCDS, MBA
Director of Clinical Operations - Southeast
ABIOMED, Inc.
22 Cherry Hill Drive | Danvers, MA 01923
Cell: 407-489-0817 | Office: 978-646-1400
mbennett@abiomed.com
abiomed.com

**Recovering hearts. Saving Lives.**™

---

1

## Bennett, Max

**From:** Bennett, Max
**Sent:** Monday, November 05, 2012 11:14 AM
**To:** Stevens, David
**Subject:** RE: Message from Ian McLeod / Updated Travel/Expense Policy

I have read it. Does not say anything about HCPs, that's why I asked.

Max Bennett RN, BSN, CCDS, MBA
Director of Clinical Operations - Southeast
ABIOMED, Inc.
22 Cherry Hill Drive | Danvers, MA 01923
Cell: 407-489-0817 | Office: 978-646-1400
mbennett@abiomed.com
abiomed.com

Recovering hearts. Saving Lives.™

---

*"Above all else, keep watch over your heart, for herein lie the wellsprings of life." -Proverbs*

This email and any files transmitted with it may contain privileged or confidential information and may be read or used only by the intended recipient. If you are not the intended recipient of the email of any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email.

---

**From:** Stevens, David
**Sent:** Monday, November 05, 2012 11:12 AM
**To:** Bennett, Max
**Subject:** FW: Message from Ian McLeod / Updated Travel/Expense Policy
**Importance:** High

Here is the expense policy.

---

**David Stevens**
Director of Sales, Southeast

ABIOMED, Inc
22 Cherry Hill Drive | Danvers, MA 01923
Cell: 803.465.3443 | Office: 978.646.1655
dstevens@abiomed.com
www.abiomed.com

Recovering hearts. Saving Lives.™

*"Above all else, keep watch over your heart, for herein lie the wellsprings of life." -Proverbs*

This email and any files transmitted with it may contain privileged or confidential information and may be read or used only by the intended recipient. If you are not the intended recipient of the email of any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email.