## LeBlanc, Frank

**From:** Max [sp1991free@yahoo.com]
**Sent:** Tuesday, November 13, 2012 9:23 PM
**To:** LeBlanc, Frank
**Subject:** from Max Bennett

Frank,

Hope you are doing well.
Per Abiomed policy regarding the possible ethics concerns regarding current business practices I find it my professional obligation to bring the following concern to your attention:
During my training and orienation and since my starting date I have not been able to understand the governing policies of Abiomed regarding the entertainment of health care providers.
I understand that we have board members who are members of AdvaMed. I have not seen any documents that describe Abiomed's position in respect to Advamed guidelines for allied health care professionals.
I have asked my manager David Stevens to clarify the following questions:
what is the spending limit per healthcare professional in terms of entertainment, number of persons per dinner, or any maximum spending limit.
David referred me to the current Travel policy, where I did not find any guidelines in respect to my questions. I asked the question again via email. David also referred me to Kristen Wallace and I emailed her about a week ago. I did not receive any replies. I asked the same questions during the Concur training session and was told that it is the domain of the Sunshine act and this law has not been ratified yet by any legal bodies mainly be the Federal Government of the United States, and this will depend on the elections in November.
I have had at least two conversations where I was told by subordinates that the company is "spending freely".
I have received expense reports, one pending my approval without an attendee list but claiming it was an educational event for HCPs.
Given the announcement by Michael Minogue during the most recent earnings call he indicated that we as a company must adhere to the most stringent ethical standards, and I support our CEO wholeheartedly.
I would like to suggest that we need a Compliance Training Program for all Field staff and a detailed policy in respect to the entertainment of HCPs.

Please feel free to contact me for any further questions. Hope this concern demonstartes my integrity and ethical standards. You have been a priest for a number of years and perhaps have special sensitivity and insight to the concerns in the domain of ethics and that's why I am reaching out to you.

Respectfully yours,


Max Bennett

PS My corporate emailis malfunctioning and thats why I am writing this email using my personal account.

1